### IN the INTEREST OF: M.S.M.

### No. ED 105376

Missouri Court of Appeals,
Eastern District,
NORTHERN DIVISION.

Filed: December 5, 2017

John W. Russell, 230 5th Street, Suite A, P.O. Box 161, Monroe City, MO 63456, for appellant.

James C. Weyand, 304 Willow Street, Hannibal, MO 63401, Lesa L. Bonnett, 128 Vine Street, Macon, MO 63552, for respondents.

Floyd E. Lawson, Jr., 109 E. Monroe, P.O. Box 36, Paris, MO 65275, Guardian Ad Litem.

Jill R. Creed, 218 N. Rollins, Ste. 101, Macon, MO 63552, for Intervenor.

Before James M. Dowd, C.J., Mary K. Hoff, J., and Lawrence E. Mooney, J.

### ORDER

PER CURIAM

The father, J.M.S., challenges the judgment entered by the Circuit Court of Monroe County terminating his parental rights to his child, M.S.M., who was 5-1/2 years old at the time of trial and judgment.[1] Finding no error, we affirm.

An opinion would have no precedential value. We have provided the parties with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b)(1).

---

1. M.S.M.'s mother consented to termination of her parental rights, and is not a party to this appeal.